```
             UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

NADIA LACKEY,                                          PLAINTIFF
ON BEHALF OF C.B.

VS.                            CIVIL ACTION NO. 3:19CV784TSL-RPM

COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert P. Myers entered on January 28, 2021, recommending that this matter be remanded to the administrative law judge.  Neither party has filed an objection and the time for doing so has since expired.  Having considered the report and recommendation together with the record in this case and having concluded that the report and recommendation is neither clearly erroneous nor contrary to law, the court will adopt the January 28, 2021 report and recommendation as its own opinion.

Based on the foregoing, the court hereby adopts, as its own opinion, the January 28, 2021 report and recommendation of Magistrate Judge Robert P. Myers as its own opinion. Accordingly, the commissioner's decision is reversed, and the matter is remanded to the administrative law judge for further

proceedings consistent with the court's opinion. It follows that the motion to confirm the commissioner's decision is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 3rd day of March, 2021.


/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE